56

540 A.2d 266

Jeffrey ZOLITOR, Paul Santangelo, George Vuotto, Russell Montalbano, John J. Carlin, Jr., Rocco F. SanFelice, Charles Hertzog and John Carpani, Appellants,

v.

ELECTION BOARD OF the COUNTY OF MONTGOMERY, County of Montgomery, Borough of Norristown, and Sally Ransom.

Supreme Court of Pennsylvania.

Argued April 11, 1988.

Decided April 22, 1988.

Joseph M. Hoeffel, Norristown, for appellants.

Edward T. Bresnan, Blue Bell, for Election Bd. of Montgomery County.

Paul C. Vangrossi, Norristown, for Borough of Norristown.

R. Stephen Barrett, Asst. City Sol., Alan Jay Josel, Norristown, for Sally Ransom.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

ORDER

PER CURIAM:

The above appeal was submitted to this Court on the alternative jurisdictional grounds of 42 Pa.C.S. § 722(2) and 42 Pa.C.S. § 726. It is an inappropriate matter for jurisdic-

tion under 42 Pa.C.S. § 722(2). We further decline jurisdiction under 42 Pa.C.S. § 726. Appeal dismissed.